UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MANDY FRAZIER, ) | |
| ) | CASE NO. C06-3033 PAZ |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security for calculation and award of benefits pursuant to sentence four of 42 USC § 405(g).

DATED: September 28, 2007

                                          Robert L. Phelps - Clerk

                                          S/src
                                          By: Deputy Clerk