# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MANDY FRAZIER<br>*on behalf of* Trevor McDonald,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. C06-3033-PAZ<br><br>**ORDER** |

On September 28, 2007, the court entered an order, Doc. No. 23, reversing the Commissioner's decision in this case, and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g), for calculation and award of benefits. On December 19, 2007, the plaintiff filed an application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The plaintiff seeks reimbursement for attorney fees in the amount of $3,178.44, and costs in the amount of $350.00.

The defendant does not resist the amount of fees and costs sought by the plaintiff. *See* Doc. No. 26. However, in her motion, the plaintiff requests that payments be made directly to her attorney. The Commissioner objects, *id.*, noting the statute provides for payment of fees and expenses "to the prevailing party," not to a party's attorney. 28 U.S.C. § 2412(b); *see id.*, subsection (d)(1)(B) (directing "[a] *party* seeking an award of fees and other expenses" to submit an application to the court, "including an itemized statement from any attorney or expert witness. . . .") (emphasis added). The court agrees with the Commissioner's interpretation of the statute. Therefore, judgment will be entered for the plaintiff, not her counsel.

Accordingly, the plaintiff's motion is **granted**. Judgment will be entered for the plaintiff for attorney's fees in the amount of **$3,178.44** under the EAJA. Further, judgment will be entered for costs in the amount of **$350.00**, to be paid from the Judgment Fund administered by the Treasury Department.

**IT IS SO ORDERED.**

**DATED** this 2nd day of January, 2008.

*Paul A. Zoss*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT