IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MANDY FRAZIER on behalf of Trevor McDonald, | ) ) ) | |
| Plaintiff, | ) ) | No. C06-3033-PAZ |
| vs. | ) ) | ATTORNEY FEE JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | IN A CIVIL CASE |
| Defendant. | ) ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Attorney fees are hereby awarded to the plaintiff in the amount of Three Thousand One Hundred Seventy Eight dollars and forty-four cents ($3,178.44) and filing fee reimbursement in the amount of Three hundred Fifty dollars and no cents ($350.00).

Dated: January 2, 2008        ROBERT L. PHELPS
                                          Clerk

                                          /s/ des
                                          (By) Deputy Clerk